# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIE SPERLING, ON HER OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,**

                   **Plaintiffs,**

**-vs-**                              **Case No.  6:10-cv-1010-Orl-28GJK**

**GROUP TRAVEL CONSULTANTS, INC.,
JOHN DECROTIE,**

                   **Defendants.**
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Stipulation for Dismissal with Prejudice (Doc. No. 18) filed December 20, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the parties' Notice of No Objections to the Report and Recommendation (Doc. 21), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed December 21, 2010 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Joint Motion for Approval of Settlement and Stipulation for Dismissal with Prejudice (Doc. No. 18) is **GRANTED** to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of a bona fide Fair Labor Standard Act dispute.

3.      This case is dismissed with prejudice.

4.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___3rd___ day of January, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge

-2-